UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60361-CIV-COHN/Snow

HAL N. MAYER,

    Plaintiff,

v.

CAPITAL ONE SERVICES, INC., et al.

    Defendant.
_____/

### **O R D E R**

THIS CAUSE is before the Court on counsel Paul Sheldon's Motion for Limited Appearance (DE 44). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Paul Sheldon, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Trans Union, LLC** in this cause; Frank Cosmen, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
Joel Brown, Esq. (P)
Paul Herman, Esq. (P)
Veresa Jones Adams, Esq. (D-Experian)
Mark King, Esq. (D-Equifax)
Franklin Cosmen, Jr., Esq. (D-Trans Union and Local Couneel
                              for Sheldon)
Paul Sheldon, Esq. (D-Trans Union)

Ms. Catherine Wade (MIA)
  Executive Service Administrator